UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | | |
|---|---|---|
| Chantel Voeltz-Schmit, | ) | |
| as named plaintiff on behalf of a class, | ) | |
| | ) | |
| v. | ) | Civ. 1:20-cv-1024 |
| | ) | |
| Brown County, South Dakota, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## Class Action Complaint for Injunctive and Declaratory Relief

### Summary of Case

1.     Brown County has established a jail policy under which it does not allow prisoners to use lawfully-prescribed controlled substances. Today, Chantel Voeltz-Schmit begins serving a sentence in the Brown County Jail. Ms. Voeltz-Schmit has multiple sclerosis. She takes three medications prescribed by her physicians that are controlled substances: a medication for fatigue, a medication for anxiety and panic attacks, and a medication for pain. In accordance with Brown County's policy, it refuses to allow her to have these medications in its jail. This policy constitutes cruel and unusual punishment, prohibited by the Eighth Amendment, because it is deliberately indifferent to her serious medical needs. Just

two days ago, the Eighth Circuit reiterated that "failing to administer prescribed medication, if done knowingly, can establish deliberate indifference." *Proby v. Corizon Med. Servs.*, 2020 U.S. App. Lexis 33916 * 2 (October 28, 2020) (cleaned up).

## Parties

2.     Chantel Voeltz-Schmit sues on her own behalf and on behalf of a class.

3.     Defendant is Brown County, South Dakota.

## Jurisdiction

4.     This action is brought pursuant to 42 U.S.C. § 1983.  The Court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(3), and may grant relief under these laws, and under 28 U.S.C. §§ 2201-02.

## Class Action Pursuant to F.R.Civ.P. 23(a), (b)(1), and (b)(2)

5.     Voeltz-Schmit represents a class of people held in the Brown County jail, or who will be held in the jail before this lawsuit is concluded, who have been lawfully prescribed medications that are controlled substances, and from whom the jail withholds those medications pursuant to policy.

6.     Voeltz-Schmit brings this action on behalf of herself and that class.

7.     Voeltz-Schmit and the class members are suffering direct and current injury as a result of defendant's policy, and will continue to suffer injury until the

unconstitutional policy no longer exists, and they can receive their duly-prescribed medications.

8.      The class is so numerous that joinder of all members is impracticable.

9.      There are questions of law and fact common to the class.

10.     The claims of the representative party are typical of the claims of the class.

11.     Voeltz-Schmit will fairly and adequately protect the interests of the class.

12.     Prosecuting separate actions by individual members of the class would create a risk of: (a) inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for defendants; and (b) adjudications with respect to individual class members that, as a practical matter, would be dispositive of the interests of the other members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests.

13.     Defendants have acted and refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate with respect to the class as a whole.

14.     The questions of law and fact common to members of the class predominate over any questions affecting only individual members, and a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

### Facts

15.     Defendant knowingly, as a matter of policy, refuses to administer to prisoners in its jail lawfully-prescribed medications if they are controlled substances, in violation of the Eighth Amendment to the United States Constitution, and will continue to do so unless restrained.

16.     Today, Voeltz-Schmit begins serving a sentence in the Brown County Jail.

17.     Voeltz-Schmit has multiple sclerosis and takes three medications prescribed by her physicians that are controlled substances: a medication for fatigue (Adderall), a medication for anxiety and panic attacks (Alprazolam, brand name Xanax), and a medication for pain (Oxycodone).

18.     In accordance with Brown County's policy, it refuses to allow her to have these medications in its jail.

4

19.    Brown County's policy constitutes cruel and unusual punishment, prohibited by the Eighth Amendment, because it is deliberately indifferent to her serious medical needs.

20.    Two days ago, the Eighth Circuit reiterated that "failing to administer prescribed medication, if done knowingly, can establish deliberate indifference." *Proby v. Corizon Med. Servs.*, 2020 U.S. App. Lexis 33916 * 2 (October 28, 2020) (cleaned up).

21.    All other prisoners currently confined in the Brown County Jail are being denied their medications, if they are controlled substances, in accordance with the same policy.

22.    All prisoners confined in the Brown County Jail in the future will be denied their medications, if they are controlled substances, in accordance with the same policy.

### Cause of Action

23.    Brown County's policy constitutes cruel and unusual punishment in violation of Eighth Amendment

**Wherefore plaintiff demands judgment of defendant as follows:**

1.    For certification a class pursuant to F.R.Civ.P. 23(a), (b)(1), and (b)(2);

5

2.      For permanent declaratory and injunctive relief sufficient to remedy the unconstitutional conditions under which Voeltz-Schmit and the class she represents is confined, and under which members of the class will be confined in the future.

3.      For reasonable attorneys' fees and costs; and

4.      For such other and further relief as the Court deems just.

Dated: October 30, 2020

James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiff

6

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Chantel Voeltz-Schmit, as named plaintiff on behalf of a class

**DEFENDANTS**

Brown County, South Dakota

(b) County of Residence of First Listed Plaintiff  Brown
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
James D. Leach / Attorney  605 341 4400
1617 Sheridan Lake Rd / Rapid City SD 57702

Attorneys *(If Known)*  Christopher White
Brown Co. States Atty.
22 Court St #2         605 626
Aberdeen, SD 57401    7/30

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983

Brief description of cause:
Defendant is violating plaintiff's Eighth Amendment rights

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)*

JUDGE                                      DOCKET NUMBER

DATE  10/30/20

SIGNATURE OF ATTORNEY OF RECORD  James D. Leach

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE